MABEL UZCATEQUI–GAYMON & JAMES UZCATEQUI-GAYMON
v. NEW JERSEY MANUFACTURERS INSURANCE COMPANY.

May 16, 1984.

Petition for certification denied.

X–RAY INDUSTRIAL DISTRIBUTORS v. DONNA L. KORKALA.

May 16, 1984.

Petition for certification denied.

ROSEMARY DEMPSEY BELMONT v. EDWARD BELMONT.

May 16, 1984.

Petition for certification denied.

SAMUEL ROSENFARB v. ROBERT BOHRER.

May 16, 1984.

Petition for certification denied.